Return to:
First Court of Appeals
301 Fannin Street
Houston, Texas 77002

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 12 2015

CHRISTOPHER A. PRINE
CLERK

Case Number
01-14-00558-CR

| | | |
|---|---|---|
| Joseph Arreola | § | COURT OF APPEALS |
| | § | 1ST DISTRICT |
| The State of Texas | § | HOUSTON, TEXAS |

### Pro se Motion for Access to Appellate Record

To the Honorable Justices of Said Court:

Appellant's appointed counsel has filed a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Appellant now moves this Court to provide him with a copy of the appellate record including the clerk's record and the court reporter's record for use in preparing his pro se response to counsel's brief.

Appellant requests an extension of time of 60 days from the granting of this motion to file a pro se response to counsel's *Anders* brief.

Respectfully submitted,

JOSEPH ARREOLA
Pro se Appellant
JOE NAE Unit, TDCJ # 1956279
HONDO , Texas 78861

### Certificate of Service

This is to certify that on JANUARY 7, 2014 ~~December 31, 2014~~, a true and correct copy of the above and foregoing document was served by mail on:

Bexar County District Attorney's Office,

Joseph Arreola
Pro se Appellant

JOSEPH ARREOLA
JOE NAE UNIT 1956279
114 PRIVATE ROAD 4303
HONDO TX, 78861

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
05 JAN 2015 PM 4 L

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
JAN 1 2 2015
CHRISTOPHER A. PRINE
CLERK

FIRST COURT OF APPEALS
301 FANNIN STREET
HOUSTON, TEXAS 77002

7700220663

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||